Fred L. Manning, as Executor of Jessie L. Manning, Deceased, Appellant, *v.* Dale Engineering Company, Defendant, and Bryan W. Husted, Respondent.

Fred L. Manning, Appellant, *v.* Dale Engineering Company, Defendant, and Bryan W. Husted, Respondent.

decided January 7, 1936.)

*Arthur J. Foley* for appellants.

*Warnick J. Kernan, Edward J. Burns, Jr.*, and *Willis D. Morgan* for respondent.

In each action, order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.